UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA MIDDLETON,

              Plaintiff,

– against –

P.O. CLAIRE INFANTE,

              Defendant.

**ORDER**

24 Civ. 8217 (ER)

Ramos, D.J.:

       P.O. Infante may file a reply in support of her motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), Doc. 22, by August 27, 2025.

It is SO ORDERED.

Dated:    August 21, 2025
             New York, New York

                                               EDGARDO RAMOS, U.S.D.J.