UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA MIDDLETON,

                    Plaintiff,

          – against –

P.O. CLAIRE INFANTE,

                    Defendant.

**ORDER**

24 Civ. 8217 (ER)

Ramos, D.J.:

Middleton, proceeding *pro se* and *in forma pauperis*, filed a complaint against P.O. Infante on October 28, 2024.  Doc. 1.[1]  On June 11, 2025, P.O. Infante filed a motion for judgment on the pleadings.  Doc. 22.  On August 19, 2025, Infante filed six documents, Docs. 34–39, including one styled a "Verified Declaration and Lawful Challenge to Respondent's Motion to Dismiss," Doc. 38.  On September 16, 2025, P.O. Infante filed a reply brief.  Doc. 43.

On January 27, 2026, Middleton filed a "Notice of Excusable Neglect and Good Cause to Continue Proceedings" stating that she was hospitalized from September 11, 2025, until October 14, 2025, and requesting that all deadlines from that period be extended and that the Court grant Middleton leave to continue the case without dismissal or prejudice.  Doc. 45.  However, this request is moot as Middleton missed no deadlines during the period of her hospitalization.  P.O. Infante's pending motion for judgment on the pleadings, Doc. 22, is fully briefed and awaiting the Court's decision.

However, Middleton has a pending related case, *Middleton v. New York City*

---

[1] This order refers to docket entries from the instant case, *Middleton v. Infante.*, No. 24-cv-8217 (ER), as "Doc.," and to docket entries from the related case, *Middleton v. New York City Health and Hospitals*, No. 24-cv-8216 (ER), as "*NYCHH* Doc."

*Health and Hospitals* before this Court. No. 24-cv-8216 (ER). In that case, Middleton's initial deadline to respond to defendant's motion to dismiss was October 27, 2025. *NYCHH* Doc. 16. Middleton missed that deadline. In a January 20, 2026 order, the Court directed Middleton to file an opposition to the motion to dismiss by February 10, 2026. *NYCHH* Doc. 28. The Court advised Middleton that failure to file an opposition by that date will result in the Court considering defendant's motion to dismiss fully briefed. *Id.*

It is SO ORDERED.

Dated:   February 4, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.