UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA MIDDLETON,

                    Plaintiff,

          – against –

P.O. CLAIRE INFANTE,

                    Defendant.

**ORDER**

24 Civ. 8217 (ER)

Ramos, D.J.:

Middleton, proceeding *pro se* and *in forma pauperis*, filed a complaint against P.O. Infante on October 28, 2024. Doc. 1. On June 11, 2025, P.O. Infante filed a motion for judgment on the pleadings, Doc. 22, which was fully briefed on September 16, 2025, *see* Doc. 43. On February 4, 2026, Middleton filed a motion for leave to file an amended complaint, seeking to "substitute and properly name the City of New York as the correct Respondent," and (2) correct plaintiff's legal name. Doc. 48 at 2, 5. Infante is directed to file a letter response to Middleton's motion by February 17, 2026.

It is SO ORDERED.

Dated:   February 11, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.