UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA MIDDLETON,

               Plaintiff,

      – *against* –

P.O. CLAIRE INFANTE,

               Defendant.

**ORDER**

24 Civ. 8217 (ER)

Ramos, D.J.:

Middleton, proceeding *pro se* and *in forma pauperis*, filed a complaint against P.O. Infante on October 28, 2024. Doc. 1. On June 11, 2025, P.O. Infante filed a motion for judgment on the pleadings, Doc. 22, which was fully briefed on September 16, 2025, *see* Doc. 43. On February 4, 2026, Middleton filed a motion for leave to file an amended complaint, seeking to "substitute and properly name the City of New York as the correct Respondent," and (2) correct plaintiff's legal name. Doc. 48 at 2, 5. Infante filed an opposition letter to this motion on February 24, 2026. Doc. 52. **Middleton is directed to file a reply by March 4, 2026.** If Middleton fails to meet that deadline, the Court will consider the motion to amend the complaint fully briefed.

It is SO ORDERED.

Dated:    February 25, 2026
          New York, New York

                                         EDGARDO RAMOS, U.S.D.J.