UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA DANIELLE MIDDLETON,

Plaintiff,

-*against*-

P.O. CLAIRE INFANTE *and* CITY OF
NEW YORK,

Defendants.

**ORDER OF SERVICE**

24-CV-8217 (ER)

EDGARDO RAMOS, United States District Judge:

Natalia Danielle Middleton, proceeding *pro se* and *in forma pauperis* ("IFP"), brought this action on October 28, 2024 against Police Officer Claire Infante.  Doc. 1. On April 28, 2026, Middleton filed an amended complaint, which added defendant City of New York.  Doc. 59.  On May 12, 2026, Infante filed a letter requesting that her deadline to respond to the amended complaint be extended from May 14, 2026, until either 21 days after the City of New York has been served or 60 days after the City of New York waives service.  Doc. 60.  The City of New York has not yet been served.

Infante's request to extend her deadline to respond to the amended complaint is granted. Infante is directed to file respond to complaint within 21 days after the City of New York has been served.

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order.  The Court requests that the City of New York waive service of summons.

SO ORDERED.

Dated:   May 13, 2026
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

2